█ MELISSA CLARK, Respondent, v AZZAHER REAL ESTATE, LLC, Appellant. [999 NYS2d 919]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered May 30, 2014 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by attorneys for the parties on February 5 and 6, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.